Commonwealth *v.* Caruso, Appellant.

Argued November 13, 1968. *H. David Rothman,* with him *Joseph A. Rossi,* for appellant; *Charles B. Watkins,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

Commonwealth *v.* Chase, Appellant.

Argued November 13, 1968. *Vincent C. Murovich, Jr.,* for appellant; *Charles B. Watkins,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.